## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-cv-61857-ALTMAN/Hunt

**DONOVAN CHRISTIE,**

     *Plaintiff,*

*v.*

**ADTALEN GLOBAL
EDUCATION, INC.,**

     *Defendant.*

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

     The parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 34] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

     **DONE AND ORDERED** in the Southern District of Florida on July 17, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record